UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. |
| CHANTRECE BUGGS, | 1:25-CR-00272-SEG-RDC-2 |
| Defendant. | |

**O R D E R**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation that Defendant's motion to dismiss Counts Three and Six of the Superseding Indictment be denied. (Doc. 46.) A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *See United States v. Raddatz*, 447 U.S. 667, 680 (1980). No objections have been filed in response to the Magistrate Judge's Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the order of

this Court. Accordingly, Defendant's motion to dismiss Counts Three and Six of the Superseding Indictment (Doc. 39) is **DENIED**.

It is further **ORDERED** that the time between the date the Magistrate Judge certified Defendant ready for trial on January 30, 2026 (Doc. 46), and the issuance of this Order, shall be excluded in calculating the date on which the trial of this case must commence under the Speedy Trial Act because the Court finds that the delay is for good cause, and the interests of justice outweigh the right of the public and the right of the defendant to a speedy trial, pursuant to 18 U.S.C. § 3161, *et seq*.

**SO ORDERED** this 26th day of February, 2026.

SARAH E. GERAGHTY
United States District Judge